# In the United States Court of Federal Claims

BID PROTEST

|  |  |  |
|---|---|---|
| ERNST & YOUNG LLP, | ) ) ) ) | |
| Plaintiff, | ) ) ) | No. 18-1821C |
| v. | ) | (Filed: January 31, 2019) |
| THE UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER**

The Court is in receipt of Plaintiff's consented to motion for dismissal based on corrective action, pursuant to Rule 41(a) of the Rules of the Court of Federal Claims. ECF No. 20. Having reviewed the motion and, for good cause shown:

1. The consented to motion for dismissal based on corrective action is **GRANTED**;

2. This case shall be **DISMISSED WITHOUT PREJUDICE**; and

3. The Parties shall bear their own fees and costs.

The Clerk is directed to enter judgment accordingly.

   **IT IS SO ORDERED.**


s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge